DORIS A. KAELIN (162069)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: dkaelin@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**ACUITY/SPARKLE, LTD**<br>A Cayman Islands Limited Liability Company<br>Debtor.<br>P.O. Box 83<br>Los Altos, CA 94022 | Case No.<br>Chapter 7 |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, Acuity/Sparkle, Ltd., a Cayman Islands Limited Liability Company ("Debtor"), hereby represents that all corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed below:

      SDL Ventures LLC      48.6%

      350 Cambridge Partners      30.4%

Dated: May 28, 2010      **ACUITY/SPARKLE, LTD**
                                    A California Corporation

                                      By: */s/ Michael L. Foster*
                                             Michael L. Foster
                                             Secretary and Director